JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
JENA A. MACCABE (Cal. Bar No. 316637)
Assistant United States Attorney
Violent and Organized Crime Section
 1300 United States Courthouse
 312 North Spring Street
 Los Angeles, California 90012
 Telephone: (213) 894-5046
 Facsimile: (213) 894-0141
 E-mail:    jena.maccabe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:24-cr-00576-FLA |
|---|---|
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| CHRISTIAN FORBES,<br>  aka "Bus," | |
| Defendant. | |

 Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Jena A. MacCabe, hereby advises the Court that the above-captioned case has been assigned to the following Assistant United States Attorney ("AUSA"):

| | Name | E-mail Address |
|---|---|---|
| Newly Assigned AUSA | Jena A. MacCabe | jena.maccabe@usdoj.gov |

 Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly assigned AUSA, Jena A. MacCabe, is associated with this case as

attorney of record for plaintiff and that she receives all e-mails relating to filings in this case.

Dated: March 20, 2025                Respectfully submitted,

                                     JOSEPH T. MCNALLY
                                     Acting United States Attorney

                                     LINDSEY GREER DOTSON
                                     Assistant United States Attorney
                                     Chief, Criminal Division


                                          /s/
                                     _____
                                     JENA A. MACCABE
                                     Assistant United States Attorney

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA